Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

2012 OCT 25 PM 2: 17

COURT



# IN THE SUPERIOR COURT OF GUAM

IRENE C.M. PAYUMO,

                    Plaintiff.

          v.

LEO D. PAYUMO,

                    Defendants,

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. DM0083-12

**DECISION AND ORDER
RE: MOTION FOR
DISQUALIFICATION**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III, on October 18, 2012 on Plaintiff's Objection to this Court presiding over the proceedings. Attorney Daniel S. Somerfleck represented Plaintiff Irene C.M. Payumo. Attorney Joaquin C. Arriola, Jr. represented Defendant Leo D. Payumo. The Court now issues its Decision and Order.

## FACTUAL BACKGROUND

On September, 2012, this Court issued its Notice of Disqualifying Facts pursuant to 7 G.C.A. §§ 6105- 6106. On October 18, 2012, Plaintiff filed with the Court her objection to this Court presiding over the above-captioned matter.

//

//

//

//

Decision and Order
Case No. DM0083-12

## CONCLUSION

There being no opposition to the Motion to Disqualify the Court from the above-captioned matter, Defendants' Motion is hereby GRANTED and the matter will be put before another Court pursuant to 7 G.C.A. § 6107.

It is **SO ORDERED** this 25th day of October, 2012.

OCT 25 2012

_____

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

OCT 25 2012

Domingo M. Nego
Deputy Clerk, Superior Court of Guam

**ORIGINAL**